CO-290
Rev. 3/88

Notice of Appeal Criminal

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. _P-0571336_
)
_MAX OBUSZEWSKI_ )

## NOTICE OF APPEAL

Name and address of appellant: _Robert Hollinger_

_'Y 11735_

Name and address of appellant's attorney:

Offense: _demonstrating without a permit_

Concise statement of judgment or order, giving date, and any sentence: _12/21/05 — guilty; $15 fine_

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

_December 21, 2005_                             _Robert Hollinger_
DATE                                             APPELLANT

_____
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE ☐
PAID USDC FEE ☐
PAID USCA FEE ☐

Does counsel wish to appear on appeal?          YES ☐    NO ☐
Has counsel ordered transcripts?                 YES ☐    NO ☐
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES ☐    NO ☐

**RECEIVED**
DEC 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT